# UNITED STATES DISTRICT COURT

# FOR THE

# DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-133-1 |
| | ) | |
| ROBERT PATRICK MICK | ) | |
| | ) | |

## ORDER

On June 4, 2007 Robert Patrick Mick, by and through counsel, filed an unopposed motion to enlarge the time for filing pre-trial motions in this matter for sixty days to allow defendant and counsel adequate time to receive and review additional discovery materials.

The Court finds that additional time is required to afford the parties adequate time to complete the discovery process. Pursuant to 18 U.S.C. 3161(h)(8)(A), the Court finds that the ends of justice are best served by granting an extension of time and outweigh the best interests of the defendant and the public in a speedy trial on the grounds that denial of an extension of time would deny the defendant, exercising due diligence, reasonable time for effective preparation of this case.

Defendant Mick's motion is therefore GRANTED in part and DENIED in part. This matter will be continued from June 4, 2007 to Monday, July 30, 2007. Pretrial motions are now due on Monday, July 30, 2007. A pretrial conference is now scheduled for Friday, August 3,

2007 at 9:30 a.m. and is the number one case on the Tuesday, September 4, 2007 criminal jury draw which is scheduled to begin at 1:00 p.m. in Burlington.

It is FURTHER ORDERED that the period of delay resulting from this extension of time is excluded in computing the time within which trial must commence pursuant to the Speedy Trial Act and this District's Plan for Prompt Disposition of Criminal Cases.  The time to be excluded as directed above shall commence on June 4, 2007, and continue through July 30, 2007.  Dated at Burlington, in the District of Vermont, this 5th day of June, 2007.

/s/ William K. Sessions III
William K. Sessions III
Chief Judge, U.S. District Court